

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM KURCZODYNA, )<br>)<br>Defendant. )<br>) | No. 04 CR 778-5<br><br>Judge Samuel Der-Yeghiayan |

### AGREED ORDER

Upon motion of the United States, it is ordered that the Federal Bureau of Investigation ("FBI") deliver the $71,440 it seized from the defendant and/or his spouse in November 2004 and May 2005 to the Clerk of the Court for the Northern District of Illinois to be applied to the defendant's outstanding restitution obligation.

Entered:

Dated: 10-25-07

_____
United States District Judge