

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM KURCZODYNA, ) | |
| ) | No. 04 CR 778-5 |
| Defendant, ) | |
| and ) | |
| ) | Judge Samuel Der-Yeghiayan |
| NORTHWESTERN MUTUAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third Party Citation Respondent. ) | |
| ) | |

## AGREED ORDER IMPOSING LIEN

This matter is before the Court on the United States' motion for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant William Kurczodyna on April 9, 2007. As of October 15, 2007, Kurczodyna has an outstanding balance of $1,277,781.

2. A citation to discover assets directed to respondent, Northwestern Mutual Life Insurance Company, was issued on the judgment on May 14, 2007 and served on May 15, 2007 with statutory notice to Kurczodyna.

3. Pursuant to the citation to discover assets, respondent filed an answer on June 7, 2007. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control, $27,975.36 belonging to Kurczodyna. The funds being held by

respondent are non-exempt assets which may be used to reduce Kurczodyna's judgment debt. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

4. Pursuant to Federal Rule of Civil Procedure 69(a), 735 ILL. COMP. STAT. 5/2-1402 (m) and Illinois Supreme Court Rule 277 (f), a citation to discover assets creates a lien attaching the defendant's assets held by respondent for a period of six months from the date of the respondent's appearance, which may be extended by court order. *Cacok v. Covington*, 111 F.3d 52, 54 (7th Cir. 1997). The parties have agreed to extend the citation lien against Kurczodyna's life insurance policy until further court order.

6. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases.

It is therefore, ORDERED:

A. A federal lien has been imposed on William Kurczodyna's life insurance policy that restricts his ability to take loans against it or otherwise receive distributions from it; and

B. The citation to discover assets remains pending against Northwestern Mutual Life Insurance Company until further court order.

ENTER:

_____
United States District Judge

Date: 10-25-07

2