

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAM KURCZODYNA, | ) ) ) |
| Defendant, | )    No. 04 CR 778-5 |
| and | ) ) |
| DANIEL KURCZODYNA AS EXECUTOR FOR THE ESTATE OF PAULINE KURCZODYNA, | )    Judge Samuel Der-Yeghiayan ) ) ) |
| Third Party Citation Respondent. | ) |

## AGREED ORDER IMPOSING LIEN AND TURNOVER

This matter is before the Court on the United States' motion for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on April 9, 2007. As of October 15, 2007, the defendant has an outstanding balance of $1,277,781.

2. A citation to discover assets directed to respondent, Daniel Kurczodyna, as Executor of the Estate of Pauline Kurczodyna, was issued on the judgment and served on July 12, 2007 with statutory notice to the defendant.

3. Pursuant to the citation to discover assets, respondent filed an answer on July 18, 2007. In his answer, respondent stated that, at the time the citation was served, respondent had in his possession or under his control approximately $40,000 in personal property and $206,000 in real

property in the Estate of Pauline Kurczodyna, of which 50% belongs to the defendant, William Kurczodyna. Based upon respondent's answer, the United States is entitled to the defendant's one-half share of the full liquidated value of the estate, including its checking account and proceeds from the sale of real estate, which represents the non-exempt portion of the funds being held by Daniel Kurczodyna, as Executor of the Estate of Pauline Kurczodyna, that will reduce the judgment debt. 18 U.S.C. § 3613(a); 26 U.S.C. § 6334; and 18 U.S.C. § 3664(n).

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases.

It is therefore, ORDERED:

A. A federal lien has been imposed on William Kurczodyna's one-half share of the Estate of Pauline Kurczodyna;

B. Upon closing the estate, respondent, Daniel Kurczodyna, as Executor for the Estate of Pauline Kurczodyna, shall submit William Kurczodyna's one-half share of the full liquidated value of the estate, including its checking account and proceeds from the sale of real property, to the Clerk of the Court and provide the United States Attorney's Office with a final accounting; and

C. The citation to discover assets remains pending against Daniel Kurczodyna, as Executor for the Estate of Pauline Kurczodyna until further court order.

ENTER:

_____
United States District Judge

Date: 10-25-07

2