UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WILLIAM KURCZODYNA, ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> FIDELITY SERVICE COMPANY, INC. ) <br> AND FIDELITY MANAGEMENT TRUST ) <br> COMPANY; NORTHWESTERN MUTUAL ) <br> LIFE INSURANCE COMPANY; ) <br> COMPUTERSHARE INVESTOR ) <br> SERVICES; AND NATIONAL CITY BANK, ) <br> ) <br> Third Party Citation Respondents. ) <br> ) <br> ) | No. 04 CR 778-5 <br><br> Judge Samuel Der-Yeghiayan |

**AMENDED CONSOLIDATED MOTION FOR TURNOVER ORDERS**

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for a turnover order, and in support states as follows:

1.  Judgment in the captioned matter was entered in favor of the United States and against defendant on April 9, 2007. Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment a lien arises on all defendant's property and rights to property. As of March 1, 2010, the defendant has an outstanding balance of $1,021,609.

2.  The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). Citations to discover assets were issued to, served upon, and answered by respondents with statutory notice to the defendant as follows:

| RESPONDENT | ISSUED | SERVED | ANSWERED |
|---|---|---|---|
| Fidelity Investments | May 14, 2007 | May 17, 2007 | May 18, 2007 |
| Northwestern Mutual Life Insurance Company | May 14, 2007 | May 15, 2007 | June 7, 2007 |
| Computershare Investor Services | April 7, 2009 | April 7, 2009 | April 8, 2009 |
| National City Bank | March 25, 2009 | March 25, 2009 | November 23, 2009 |

    3.    Pursuant to the citations to discover assets, respondents answered (a copy of each answer is attached as Exhibits A-D) that, at the time the citations were served, respondents had in their possession or under their control the following assets belonging to the defendant:

    a.    Subject to market fluctuation, Fidelity Investment holds approximately $353,085 in a Rollover IRA and $124,307 in a Roth IRA;

    b.    Northwestern Mutual Life Insurance Company holds $27,975 in the cash surrender value of a life insurance policy;

    c.    Subject to market fluctuation, Computershare Investor Services holds 600 shares of Ford stock; and

    d.    National City Bank holds approximately $90,000 which represents life insurance proceeds paid solely to the defendant as a beneficiary of Pauline Kurczodyna's Knights of Columbus life insurance policy that was converted into three separate accounts in the names of Marcia Kurczodyna, Laura M. Kurczodyna, and James R. Kurczodyna.

    4.    Based upon respondents' answers, the United States is entitled to the full liquidated value of William Kurczodyna's Roller IRA and Roth IRA accounts at Fidelity Investments, the full cash surrender value of his life insurance policy at Northwestern Mutual Life Insurance Company

and one-half of the full liquidated value of the 600 shares of Ford stock at Computershare Investor Services, which represents the non-exempt portion of the funds being held by the respondents that will reduce the judgment debt. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

5. Further, the United States is entitled to the full liquidated value of the life insurance proceeds that the Knights of Columbus paid solely to the defendant upon the death of Pauline Kurczodyna, which have since been deposited at National City Bank and converted into accounts in the names of Marcia Kurczodyna, Laura M. Kurczodyna and James R. Kurczodyna. 18 U.S.C. § 3664(n)(mandating defendant's inheritance received during term of incarceration be applied to outstanding restitution).[1]

6. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have case number 04 CR 778-5 written in the lower left corner of the check and be submitted to:

> Clerk of the Court for the Northern District of Illinois
> 219 South Dearborn Street, 20th Floor
> Chicago, Illinois 60604

7. The United States has provided all notices required by law.

---

[1] The citation to discover assets directed to the Estate of Pauline Kurczodyna, issued and served in July 2007 was resolved when the Estate paid the defendant's one-half share of the full liquidated value of the Estate to the Clerk of the Court in July 2009. The Knights of Columbus life insurance proceeds however, did not pass through the Estate and were paid directly and solely to the defendant, who converted the funds into three accounts in the names of others at National City Bank.

WHEREFORE, the United States moves for entry of turnover orders directing that:

    a.    Fidelity Service Company, Inc. and Fidelity Management Trust Company shall liquidate William Kurczodyna's Rollover IRA and Roth IRA accounts and submit all of the proceeds to the Clerk of the Court;

    b.    Northwestern Mutual Life Insurance Company shall submit the full cash surrender value of William Kurczodyna's life insurance policy to the Clerk of the Court;

    c.    Computershare Investor Services shall liquidate William Kurczodyna's one-half (1/2) interest in the joint investment account and submit the proceeds to the Clerk of the Court; and

    d.    National City Bank shall submit the full liquidated value of the accounts in the names of Marcia Kurczodyna, Laura M. Kurczodyna and James R. Kurczodyna to the Clerk of the Court, as that $90,000 came from Knights of Columbus life insurance proceeds paid solely to defendant William Kurczodyna that was subsequently converted to these accounts in the names of others.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-5331
  melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
  v. )
)
WILLIAM KURCZODYNA, )
)
                Defendant, )
and ) No.04 CR 778-4
)
FIDELITY INVESTMENTS, )
) Judge Samuel Der-Yeghiayan
    Third Party Citation Respondent. )
)

### ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Les Chan__, the __Risk Associate__ of Respondent, __Fidelity Investments__, state
    (name)                     (title)
under penalty of perjury as follows:

    The Respondent is a __Corporation__ organized under the laws of the State of __Massachusetts__.
                (partnership, corporation)
On __5-17-07__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, William Kurczodyna, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1.    Financial Accounts

See attached answer.

**Account 1**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

**Account 2**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

**Account 3**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

**Account 4**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

2.    **Safety Deposit Box**    N/A

    Box No.: _____
    Amount: $ _____
    Owners other than the judgment debtor: _____

EXHIBIT A

3. Detail other personal property in the respondent's possession or control:
   _See attached answer._

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No ✓

If the answer is yes, describe below.

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No ✓

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

   ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:
   _____

   ___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, William Kurczodyna, at ▓▓▓▓▓▓▓▓▓▓
   _Mt. Prospect, IL 60056-6402_ ; and

(B) the attorney for the United States, Melissa A. Childs, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _10th_ day of _May_, 20_07_.

_[signature]_
_Les Chan_
(Please print and sign name.)



May 18, 2007

Michael W. Dobbins
Clerk of the District Court
Northern District of Illinois
Everett McKinley Dirksen Bldg.
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Re: United States of America v. William Kurczodyna
    Case No. 04 CR 778-5
    Fidelity Investments, Third Party Citation Respondent
    Fidelity File: ▮7546-17May07

Dear Mr. Dobbins:

Enclosed for filing, please find the answer of the misnamed Respondent Fidelity Investments, to the Third Party Citation To Discover Assets in connection with the above-referenced matter.

Please direct all future correspondence to Fidelity Service Company, Inc. and Fidelity Management Trust Company, attention Court Ordered Restrictions, P.O. Box 770001, Cincinnati, OH 45277-0031

If you have any questions, please call me at (617) 563-5096.

Sincerely,

Les Chan
Risk Associate

cc:    William Kurczodyna
       Melissa A. Childs, Assistant United States Attorney

Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC. Fidelity mutual funds distributed through Fidelity Distributors Corporation

Fidelity Service Company, Inc.    PO Box 770001
                                           Cincinnati, OH 45277-0031



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

United States of America, )
    Plaintiff, )
)
v. ) Case No. 04 CR 778-5
)
William Kurczodyna, )
    Defendant, )
)
and )
)
Fidelity Investments, )
    Third Party Citation )
    Respondent )

## ANSWER AND DISCLOSURE OF FIDELITY INVESTMENTS

Now comes Fidelity Investments, the misnamed Respondent named herein, and by way of Answer and Disclosure on the Third Party Citation To Discover Assets herein, alleges and avers the following:

Fidelity Investments is a trade name, is not a duly organized business entity, and has no subsidiaries or affiliates. The proper parties to respond to this Third Party Citation To Discover Assets are Fidelity Service Company, Inc. ("FSC"), transfer agent for the Fidelity group of mutual fund accounts and Fidelity Management Trust Company ("FMTC"), Custodian of Fidelity's Prototype Retirement Plan Accounts:

1. FSC states that at the time of service of the above-listed document it had in its possession the following account registered to William Kurczodyna and two other individuals:

    A jointly registered Fidelity Funds account containing mutual fund shares with a net worth of $98,734.49

2. FSC states that the account has been restricted against trading and withdrawals and is inaccessible to William Kurczodyna pending receipt of a *currently (within the last 60 days) and originally certified (with raised or colored seal) court order* authorizing FSC to remove the restriction placed in effect as a result of the Third Party Citation To Discover Assets received May 17, 2007.

3. FSC further states that value of the account may fluctuate in accordance with market conditions.

4. FMTC states that at the time of service of the above-listed document it had in its possession the following accounts registered for the benefit of William Kurczodyna:

Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC. Fidelity mutual funds distributed through Fidelity Distributors Corporation

Fidelity Service Company, Inc.    PO Box 770001
    Cincinnati, OH 45277-0031



**Fidelity** INVESTMENTS

A Fidelity Rollover IRA containing mutual fund shares with a net worth of $353,084.94

A Fidelity Roth IRA containing mutual fund shares with a net worth of $124,306.86

5. FMTC states that the values of the IRAs may fluctuate in accordance with market conditions.

6. FMTC states that the IRAs have been restricted against trading and withdrawals and are inaccessible to William Kurczodyna pending receipt of a *currently (within the last 60 days) and originally (with raised or colored seal) court order* authorizing FMTC to remove the restrictions placed in effect as a result of the Third Party Citation To Discover Assets received May 17, 2007.

7. FMTC further states that the IRAs are maintained under a Fidelity Prototype Retirement Plan in accordance with section 408 of the Internal Revenue Code and therefore may be exempt from attachment pursuant to applicable law. FMTC leaves it to litigation between the parties to determine if such accounts are subject to attachment, but will deem such accounts subject to attachment until a court determines otherwise.

DATED:   Boston, MA  May 18, 2007

_____
Les Chan
Agent/Employee
Fidelity Service Company, Inc.
82 Devonshire Street
Boston, MA  02109
617-563-5096

Subscribed and sworn to me this 18 day of May, 2007

*Katherine D. Ho*
Notary Public

My Commission Expires: 8/23/07



KATHERINE D. HO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Aug 23, 2007

Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC. Fidelity mutual funds distributed through Fidelity Distributors Corporation

Fidelity Service Company, Inc.    PO Box 770001
                                  Cincinnati, OH 45277-0031



## CERTIFICATE OF SERVICE

I certify that on May 18, 2007, I served the within answer on the Plaintiff, by mailing a copy thereof, regular mail, to Melissa A. Childs, Assistant United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604.

Signed this 18th day of May, 2007

_____
Les Chan
Agent/Employee
Fidelity Service Company, Inc.
82 Devonshire Street
Boston, MA 02109
(617)-563-5096

Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC. Fidelity mutual funds distributed through Fidelity Distributors Corporation

Fidelity Service Company, Inc.    PO Box 770001
                                  Cincinnati, OH 45277-0031

# Northwestern Mutual®

Writer's Direct Dial: (414) 665-1559
Writer's Fax: (414) 625-1559

June 7, 2007

Clerk of the Court for the Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, Illinois 60604

Re: United States of America v. William Kurczodyna
United States District Court, Northern District of Illinois, Eastern Division
Case No. 04 CR 778-4

Dear Sir or Madam:

This will acknowledge receipt by The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") of the Third Party Citation to Discover Assets issued in the United States District Court, Northern District of Illinois, Eastern Division, in the above-referenced matter.

In accordance with the Citation, enclosed is the original answer of Northwestern Mutual, the Third Party Respondent. By copy of this letter, I am mailing copies of the enclosed Answer to Shari Smith Chizana, Paralegal Specialist, and to Mr. Kurczodyna.

Please file stamp the enclosed copy of this letter and return it to me in the enclosed postage paid envelope for my file.

Should you have any questions concerning this matter, please contact me at the above number.

Very truly yours,

Beth S. Chladil

Beth S. Chladil
Legal Process Specialist

Enclosures

cc: Shari Smith Chizana, Paralegal Specialist (w/enclosure)
William Kurczodyna (w/enclosure)

EXHIBIT B

The Northwestern Mutual Life Insurance Company • 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202-4797 • 414 271 1444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

CASE NUMBER: 04 CR 778-5

WILLIAM KURCZODYNA

## AFFIDAVIT OF INFORMATION

STATE OF WISCONSIN  )
                    ) SS
COUNTY OF MILWAUKEE )

The undersigned, Natalie J. Versnik, being first duly sworn, deposes and states:

1. I am a Director of Policyowner Services of the Policyowner Services Department of The Northwestern Mutual Life Insurance Company (hereinafter "Northwestern Mutual") located at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

2. That Northwestern Mutual issued the following policy owned by and insuring William J. Kurczodyna:

| Policy ▮2717 | |
|---|---|
| Plan: | Extra Ordinary Life |
| *Net Surrender Value on 5/15/07: | $27,975.36 |
| *Available Loan Value on 5/15/07: | $27,363.45 |

*Value subject to change pursuant to the terms of the insurance contract.

3. That Northwestern Mutual Policy ▮2829 owned by and insuring William J. Kurczodyna is a Term 70 Plan. Term 70 plans have no cash value according to the terms of the insurance contract.

4. That the documents attached hereto and marked as Exhibit A-1 are true, accurate and complete copies of the 2004, 2005 and 2006 Annual Policy Statements less the glossary pages thereof, for Northwestern Mutual Policy ▮2717.

5. That the documents attached hereto and marked as Exhibit A-2 are true, accurate and complete copies of the 2004, 2005 and 2006 Annual Policy Statements less the glossary pages thereof, for Northwestern Mutual Policy ▮2829.

_____
Natalie J. Versnik

Subscribed and sworn to before me
this ___4___ day of __June__, 2007.

_____
Notary Public, State of Wisconsin
My commission expires 5/25/08.

Cylvia Prince
Notary Public
State of Wisconsin



**Computershare Investor Services**
250 Royall Street
Canton Massachusetts 02021
www.computershare.com

April 08, 2009

LLAMRET SANCHEZ
US DEPT. OF JUSTICE
US ATTORNEYS OFFICE
NORTHERN DIST. OF IL., DIRKSEN FED. BLDG.
219 S DEARBORN ST., 5TH FL.
CHICAGO, IL. 60604

| | |
|---|---|
| Company Name: | FORD MOTOR COMPANY / FORD |
| Holder Account Number: | ▉▉▉▉7088 |
| Registration: | William Kurczodyna & Marcia Kurczodyna Jt Ten |

Dear Ms. Sanchez:

We are in receipt of a subpoena regarding the case of the United States vs. William Kurczodyna, a copy of which is enclosed for your convenience.

Our records confirm one active stock account registered to the defendant. As instructed, we have placed a stop trade on Ford Motor Company account ▉▉▉▉7088, preventing the transfer or liquidation of the holding.

On January 1, 2007, account ▉▉▉▉7088 held a balance of 600 shares, represented by certificate number F37292. As of the date of this letter, the share balance is unchanged. On April 7, 2009, Ford common stock closed at $3.49 per share. Please note that the Ford board of directors suspended the common stock quarterly dividend, effective September 14, 2006.

The last dividend payment was issued in the account on September 1, 2006. Therefore, no dividend checks or statements for the period January 1, 2007, to-date are available for your review. We have enclosed a Certification of Business Records. Please note that it is our policy to use our own certification for matters of this nature.

If you have any further questions, please contact us by phone at 800-279-1237. We offer an automated telephone service to assist you at any time, or you may reach a representative Monday through Friday, 8 AM to 6 PM Eastern Time.

Sincerely,

Robert Jones
Team Leader
Computershare Shareholder Services

Enclosure: Copy of request, Certification
REF: rd/UIB0000930977

**EXHIBIT C**

**Computershare**

## CERTIFICATION

I, _Robert Jones_, an employee of Computershare in their capacity as Custodian of Records for _FORD MOTOR COMPANY_, hereby certify that the attached records (a) were made, at the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters, (b) are made and kept in the course of the regularly conducted business activity, and (c) were made and kept by the regularly conducted business activity as a regular practice.

_4-7-2009_
Date

Signature _[signed]_

_Robert Jones_
Type or Print Name

State of Massachusetts, City of Canton to wit:

I, _Jeanne M. Alexander_, Notary Public in the State and City aforesaid, hereby certify, that the above named affiant read and reviewed the above Certification and that he/she executed his/her signature before me on the _8th_ day of _April_, 2009.

_Jeanne M. Alexander_ (SEAL)
Notary Public

My Commission Expires: _____

JEANNE M. ALEXANDER
Notary Public
Commonwealth of Massachusetts
My Commission Expires June 20, 2008
May 28, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| WILLIAM KURCZODYNA, ) | No. 04 CR 778-5 |
| Defendant, ) | |
| and ) | Judge Samuel Der-Yeghiayan |
| NATIONAL CITY BANK, ) | |
| Third Party Citation Respondent. ) | |

### ANSWER OF THIRD PARTY CITATION RESPONDENT

I, **Monecha Tones**, the **Barrister** of Respondent, _____Ms_____, state
(name) (title)
under penalty of perjury as follows:

The Respondent is a ___PNC___ organized under the laws of the State of ___Ohio___.
(partnership, corporation)

On _____, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, William Kurczodyna, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**
Account type: SAVINGS
Account No.: ▓▓▓▓9448
Amount: $ 25,152.61
Amount withheld: $ 2,268,671.10

**Account 2** (william name isn't on acct)
Account type: SAVINGS CD.
Account No.: ▓▓▓▓7937
Amount: $ 44,177.19
Amount withheld: $ 2,268,671.10

**Account 3**
Account type: SAVINGS - CD
Account No.:
Amount: $
Amount withheld: $

**Account 4** (william name isn't on acct)
Account type: SAV CD
Account No.: ▓▓▓▓4414
Amount: $ 25,244.11
Amount withheld: $ 2,268,671.10

2. **Safety Deposit Box**

Box No.: N/A
Amount: $
Owners other than the judgment debtor:
_____

EXHIBIT D

3. Detail other personal property in the respondent's possession or control:

    ___no___

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

    Yes ___ No _X_

If the answer is yes, describe below.

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?

    Yes ___ No _X_

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

    ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

    _X_ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, William Kurczodyna, at _____ ; and

(B) the attorney for the United States, Melissa A. Childs, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __19__ day of __Nov__, 20_09_.

[stamp: Special ... Processor / National City Bank / 4100 West ... Street / Cleveland, ...]

(Please print and sign name.)

# PROOF OF SERVICE

| | |
|---|---|
| DATE SERVED: 3/26/09 | PLACE: National City Bank, 4100 W. 150th Street, Cleveland, OH 44135, Attn: Judy |
| SERVED ON (PRINT NAME): National City Bank | MANNER OF SERVICE: Via facsimile (216-257-9197) and Regular Mail |
| SERVED BY (PRINT NAME): Llaniret Sandoz | TITLE: Affirmative Lt. Clerk |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof of Service is true and correct.

Executed on 3/26/09
DATE

SIGNATURE OF SERVER
219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604
ADDRESS OF SERVER

---

**Notice to judgment debtor pursuant to the Illinois Code of Civil Procedure § 2-1402(b)**

## CITATION NOTICE

In the United States District Court
for the Northern District of Illinois
219 S. Dearborn St., Chicago, Illinois

United States,          Judgment Creditor
     v.
William Kurczodyna,    Judgment Debtor
                       21 N. Marcella
                       Mt. Prospect, IL 60056

Amount of judgment:    $1,307,518.00

This citation is directed to: National City Bank
NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment for criminal fines and restitution is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

Under federal law relating to the enforcement of judgments for criminal fines and restitution, the property exempt from levy is:

(1) Wearing apparel and school books necessary for the debtor or for his family;

(2) Fuel, provisions, furniture, and personal effects in the debtor's household, and for personal use, livestock, and poultry of the debtor, as does not exceed $6,250 in value;

(3) Books and tools of a trade, business, or profession, necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125 in value;

(4) Unemployment benefits payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents).

(5) Undelivered mail to any person, which has not been delivered to the addressee.

(6) Certain annuity and pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code

(7) Workmen's compensation payable to an individual (including any portion thereof payable with respect to dependents) under a workmen's compensation law

(8) Judgments for support of minor children required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children

(9) Certain service-connected disability payments payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit.

(10) Assistance under Job Training Partnership Act, under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act

(See 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.)

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

### Certificate of Mailing

I, Llaniret Sanchez, certify that within three business days of service on the above-named third party citation respondent a copy of this citation to discover assets and citation notice were sent by first class U.S. Mail to the judgment debtor's last known address, which is 21 N. Marcella, Mt. Prospect, IL 60056.

10/11/2007  11:51:21 AM





| Location | Acct # | Check # | Amount | Paid Date | Sequence | Customer Data | |
|---|---|---|---|---|---|---|---|
| CD | ▮995 | 6415077 | $89,634.67 | 8/17/2007 | 492479109 | 005218CB | WILLIAM J KURCZODYNA |
| R/T Number | CD VoiID/CIMS Key | | CD Label | Payee Name | | | |
| 1190044 | ▮9301 | | 07090500149301 | | | | |

| EndrsmtID | EndrsmtOrd | EndrsmtSeq | EndrsmtRT | EndrsmtDate | BOFD | Trunc | EndrsmtBankName |
|---|---|---|---|---|---|---|---|
| 8102 | 2 | 492479109 | 0 | 8/17/2007 | False | False | BANK OF AMERICA, NA |
| 8022 | 1 | 7700047810 | 0 | 8/16/2007 | True | True | NATIONAL CITY BANK |



Bank of America                                                                                  Page 1