UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM KURCZODYNA, ) | |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | No. 04 CR 778-5 |
| FIDELITY SERVICE COMPANY, INC. ) | |
| AND FIDELITY MANAGEMENT TRUST ) | Judge Samuel Der-Yeghiayan |
| COMPANY; NORTHWESTERN MUTUAL ) | |
| LIFE INSURANCE COMPANY; ) | |
| COMPUTERSHARE INVESTOR ) | |
| SERVICES; AND NATIONAL CITY BANK ) | |
| n/k/a PNC BANK, ) | |
| ) | |
| Third Party Citation Respondents. ) | |
| ) | |

**RENEWED**
**AMENDED CONSOLIDATED MOTION FOR TURNOVER ORDERS**

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for a turnover order, and in support states as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on April 9, 2007. Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment a lien arose on all of Kurczodyna's property and rights to property. As of December 8, 2010, Kurczodyna has an outstanding balance of $922,825.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). Citations to discover assets were issued to, served upon, answered and updated by respondents with statutory notice to Kurczodyna as follows:

| RESPONDENT | ISSUED & SERVED | ANSWER UPDATED |
|---|---|---|
| Fidelity Investments | May 2007 | August 24 2010 |
| Northwestern Mutual Life Insurance Company | May 2007 | August 25, 2010 |
| Computershare Investor Services | April 2009 | August 25, 2010 |
| National City Bank n/k/a PNC Bank | March 2009 | August 24, 2010 |

  3. Pursuant to the citations to discover assets, respondents answered (a copy of each answer is attached as Exhibits A-D) that, at the time the citations were served, respondents had in their possession or under their control the following assets with a total value of $611,400 (subject to market fluctuation) belonging to the defendant:

  a. Fidelity Investment holds approximately $475,000 comprised of $83,000 in an Inherited IRA, $299,000 in a Rollover IRA and $93,000 in a Roth IRA;

  b. Northwestern Mutual Life Insurance Company holds approximately $33,800 in the cash surrender value of a life insurance policy;

  c. Computershare Investor Services holds 600 shares of Ford stock in a joint account; and

  d. National City Bank holds approximately $95,800 which represents life insurance proceeds paid solely to the defendant as a beneficiary of Pauline Kurczodyna's Knights of Columbus life insurance policy that was converted into three separate accounts in the names of Marcia Kurczodyna, Laura M. Kurczodyna, and James R. Kurczodyna.

  4. Based upon respondents' answers, the United States is entitled to the full liquidated value of Kurczodyna's accounts at Fidelity Investments, the full cash surrender value of his life

insurance policy at Northwestern Mutual Life Insurance Company, and one-half of the full liquidated value of the 600 shares of Ford stock in the joint account at Computershare Investor Services, which represents the non-exempt portion of the funds being held by the respondents that will reduce the judgment debt. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

5. Further, the United States is entitled to the full liquidated value of the life insurance proceeds that the Knights of Columbus paid solely to William Kurczodyna upon the death of his mother, Pauline Kurczodyna, which were deposited at National City Bank (n/k/a PNC Bank) and converted into accounts in the names of Marcia Kurczodyna, Laura M. Kurczodyna and James R. Kurczodyna. 18 U.S.C. § 3664(n)(mandating defendant's inheritance received during term of incarceration be applied to outstanding restitution).[1]

6. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have case number 04 CR 778-5 written in the lower left corner of the check and be submitted to:

>   Clerk of the Court for the Northern District of Illinois
>   219 South Dearborn Street, 20th Floor
>   Chicago, Illinois 60604

7. The United States has provided all notices required by law.

---

[1] A citation to discover assets directed to the Estate of Pauline Kurczodyna, issued and served in July 2007, was resolved when the Estate paid the defendant's one-half share of the full liquidated value of the Estate to the Clerk of the Court in July 2009. The Knights of Columbus life insurance proceeds did not pass through the Estate, however, and were paid directly and solely to the defendant, who converted the funds he inherited into three accounts in the names of others at National City Bank.

WHEREFORE, the United States moves for entry of turnover orders directing that:

a. Fidelity Service Company, Inc. and Fidelity Management Trust Company shall liquidate William Kurczodyna's Inherited IRA, Rollover IRA, and Roth IRA accounts and submit all of the proceeds to the Clerk of the Court;

b. Northwestern Mutual Life Insurance Company shall submit the full cash surrender value of William Kurczodyna's life insurance policy to the Clerk of the Court;

c. Computershare Investor Services shall liquidate William Kurczodyna's one-half (1/2) interest in the joint investment account and submit the proceeds to the Clerk of the Court; and

d. National City Bank shall submit the full liquidated value of the accounts in the names of Marcia Kurczodyna, Laura M. Kurczodyna and James R. Kurczodyna to the Clerk of the Court, as those funds came from Knights of Columbus life insurance proceeds paid solely to defendant William Kurczodyna that was subsequently converted to these accounts in the names of others.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-5331
  melissa.childs@usdoj.gov





EXHIBIT A

## Investment Report

July 1, 2010 - July 31, 2010

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 8pm ET, Mon - Fri | |

Envelope 235262325

WILLIAM J KURCZODYNA
21 N MARCELLA RD
MT PROSPECT IL 60056-6402

---

**Fidelity Inherited IRA**     7422     WILLIAM J KURCZODYNA - IRA BDA - (ORIGINAL DEPOSITOR PAULINE M KURCZODYNA ) - FMTC, CUSTODIAN

### Account Summary

| | |
|---|---|
| Beginning value as of Jul 1 | $79,063.34 |
| Change in investment value | 4,002.42 |
| **Ending value as of Jul 31** | **$83,065.76** |
| Your commission schedule | Silver |
| Account eligible trades from Aug 2009 - Jul 2010 | 0 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Tax-deferred** | **$0.00** | **$107.31** |

### Holdings (Symbol) as of July 31, 2010

| Holdings | Performance July 31, 2010 | Quantity July 31, 2010 | Price per Unit July 31, 2010 | Cost | Total Value July 1, 2010 | Total Value July 31, 2010 |
|---|---|---|---|---|---|---|
| **Mutual Funds** *100% of holdings* | | | | | | |
| FIDELITY MAGELLAN (FMAGX ) | | 1,343.092 | $61.820 | $113,777.12*e* | $79,027.53 | $83,029.95 |
| **Core Account** *0% of holdings* | | | | | | |
| FIDELITY CASH RESERVES (FDRXX ) | *7-day Yield: 0.10%* | 35.810 | 1.000 | not applicable | 35.81 | 35.81 |
| **Total Market Value** | | | | | | **$83,065.76** |

*Position held in cash account.*

*e - The Cost amount for this security was estimated based on the fair market value of this security when it was originally deposited into your account. You may change this amount on Fidelity.com if it does not agree with your records.*

Case: 1:04-cr-00778 Document #: 653 Filed: 12/28/10 Page 6 of 18 PageID #:2127



**Investment Report**

July 1, 2010 - July 31, 2010

EXHIBIT A

**Fidelity Inherited IRA**  7422  WILLIAM J KURCZODYNA - IRA BDA - (ORIGINAL DEPOSITOR PAULINE M KURCZODYNA ) - FMTC, CUSTODIAN

**Core Account**  *- Fidelity Cash Reserves*

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| Beginning | | $35.81 | Ending | | $35.81 |

### Additional Information About Your Investment Report

▶ *Starting in October 2010, trade confirmations delivered by U.S. mail (paper trade confirmations) for accounts within the same statement household will be mailed in one envelope instead of individual envelopes for each account. Trade confirmations will continue to be separate for each account as they are today, so the only change to you is in the number of envelopes you will receive. This change is only applicable to brokerage and mutual fund trades made on the same day.*



EXHIBIT A

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
Lost or Stolen Cards For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing au horities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs wi hin an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts.*
We deliver statements at least four times during the calendar year for any account with a balance. **Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of he last weekly mark-to-market, not as of he statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at whcih the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor of he NYSE, the Floor broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obliga ions.
**("A") Alternative Investments -** Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verifica ion by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 18 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. **Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Service® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® or Fidelity® Personalized Portfolios may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC").
Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discre ionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or o her depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be he same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

549465.1.0



EXHIBIT A

Case: 1:04-cr-00778 Document #: 653 Filed: 12/28/10 Page 9 of 18 PageID #:2130





Envelope 135094173

WILLIAM J KURCZODYNA
21 N MARCELLA RD
MT PROSPECT IL 60056-6402

**Investment Report**

July 1, 2010 - July 31, 2010

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 8pm ET, Mon - Fri | |

EXHIBIT A

---

## Fidelity Rollover IRA     █3098     WILLIAM J KURCZODYNA - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

### Account Summary
| | |
|---|---|
| Beginning value as of Jul 1 | $282,281.55 |
| Change in investment value | 16,740.16 |
| **Ending value as of Jul 31** | **$299,021.71** |

### Income Summary
| | This Period | Year to Date |
|---|---|---|
| **Tax-deferred** | **$208.38** | **$1,530.99** |

| | |
|---|---|
| Your commission schedule | Silver |
| Account eligible trades from Aug 2009 - Jul 2010 | 0 |

### Holdings (Symbol) as of July 31, 2010

| Holdings | Performance July 31, 2010 | Quantity July 31, 2010 | Price per Unit July 31, 2010 | Cost | Total Value July 1, 2010 | Total Value July 31, 2010 |
|---|---|---|---|---|---|---|
| **Mutual Funds** 100% of holdings | | | | | | |
| FIDELITY CANADA (FICDX) | | 1,681.625 | $49.560 | $50,000.00 | $78,767.32 | $83,341.34 |
| FIDELITY EXPORT & MULTINATIONAL (FEXPX) | | 1,472.794 | 18.960 | 25,000.00 | 26,348.28 | 27,924.17 |
| CAMBIAR OPPORTUNITY INVESTOR CL (CAMOX) | | 6,754.420 | 15.020 | 100,000.00 | 94,832.05 | 101,451.38 |
| JANUS HIGH YIELD FUND CLASS T (JAHYX) | | 3,823.976 | 8.690 | 23,560.47 | 32,104.24 | 33,230.35 |
| SELECTED AMERICAN SHARES CL S (SLASX) | | 1,444.053 | 36.500 | 50,000.00 | 49,863.15 | 52,707.93 |
| **Core Account** 0% of holdings | | | | | | |
| FIDELITY CASH RESERVES (FDRXX) | 7-day Yield: 0.10% | 366.540 | 1.000 | not applicable | 366.51 | 366.54 |





# Investment Report

July 1, 2010 - July 31, 2010

EXHIBIT A

---

**Fidelity Rollover IRA**     ▮▮▮3098     WILLIAM J KURCZODYNA - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

| Holdings (Symbol) as of July 31, 2010 | Performance July 31, 2010 | Quantity July 31, 2010 | Price per Unit July 31, 2010 | Cost | Total Value July 1, 2010 | Total Value July 31, 2010 |
|---|---|---|---|---|---|---|
| **Total Market Value** | | | | | | **$299,021.71** |

*All positions held in cash account unless indicated otherwise.*

---

## Transaction Details     (for holdings with activity this period)

### Core Account     - Fidelity Cash Reserves

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | $366.51 | Income | 208.35 | |
| *Investment Activity* | | | Subtotal of Investment Activity | $0.03 | |
| Securities bought | -$208.35 | | **Ending** | | **$366.54** |
| Core account income | 0.03 | | | | |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 6/30 | JANUS HIGH YIELD FUND CLASS T | Dividend received | | | $208.35 |
| 6/30 | JANUS HIGH YIELD FUND CLASS T | Reinvestment | 24.657 | $8.45000 | -208.35 |
| 7/30 | FIDELITY CASH RESERVES | Dividend received | | | 0.03 |

**Daily Additions and Subtractions**   Fidelity Cash Reserves   @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 7/ 30 | $0.03 | $366.54 | | | | | | |



*PremiumServices*

**Investment Report**

July 1, 2010 - July 31, 2010

EXHIBIT A

### Additional Information About Your Investment Report

▶ *Starting in October 2010, trade confirmations delivered by U.S. mail (paper trade confirmations) for accounts within the same statement household will be mailed in one envelope instead of individual envelopes for each account. Trade confirmations will continue to be separate for each account as they are today, so the only change to you is in the number of envelopes you will receive. This change is only applicable to brokerage and mutual fund trades made on the same day.*



EXHIBIT A

## Information About Your Fidelity Statement

**For TDD Service for the Hearing-Impaired,** call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing au horities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs wi hin an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. **Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of he last weekly mark-to-market, not as of he statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at whcih the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor of he NYSE, the Floor broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obliga ions.
("A") Alternative Investments - Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verifica ion by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 18 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. **Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Service® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® or Fidelity® Personalized Portfolios may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC").
Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discre ionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or o her depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be he same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

549465.1.0





**Investment Report**

July 1, 2010 - July 31, 2010

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 8pm ET, Mon - Fri | |

Envelope 235262324

WILLIAM J KURCZODYNA
21 N MARCELLA RD
MT PROSPECT IL 60056-6402

EXHIBIT A

---

**Fidelity Funds Roth IRA**     ████2542     WILLIAM J KURCZODYNA - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN

**Account Summary**
| | |
|---|---|
| Beginning value as of Jul 1 | $88,470.18 |
| Change in investment value | 4,480.64 |
| **Ending value as of Jul 31** | **$92,950.82** |

**Income Summary**
| | This Period | Year to Date |
|---|---|---|
| **Tax-free** | **$0.00** | **$120.14** |

**Holdings** as of July 31, 2010

| | Symbol/Fund Number | Shares July 31, 2010 | Price per Share July 31, 2010 | Cost | Total Value July 1, 2010 | Total Value July 31, 2010 |
|---|---|---|---|---|---|---|
| FIDELITY MAGELLAN | FMAGX/021 | 1,503.572 | $61.82 | $90,571.77 | $88,470.18 | $92,950.82 |

---

**Additional Information About Your Investment Report**

▶ *Starting in October 2010, trade confirmations delivered by U.S. mail (paper trade confirmations) for accounts within the same statement household will be mailed in one envelope instead of individual envelopes for each account. Trade confirmations will continue to be separate for each account as they are today, so the only change to you is in the number of envelopes you will receive. This change is only applicable to brokerage and mutual fund trades made on the same day.*



EXHIBIT A

### Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week. Lost or Stolen Cards For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.
**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing au horities and is not responsible for the accuracy of information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method (for open-end mutual funds) and the first-in, first-out (FIFO) method for all other securities.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs wi hin an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts*.
We deliver statements at least four times during the calendar year for any account with a balance. **Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 800-800-6890.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
Each fund reserves the right to terminate or modify its exchange privilege in the future. In addition to sales loads and 12b-1 fees described in the prospectus, FBS or NFS receives other compensation in connection with the purchase and/or the on-going maintenance of positions in certain mutual fund shares and other investment products in your brokerage account. This additional compensation may be paid by the mutual fund or other investment product, its investment advisor or one of its affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

### Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.
**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are carried by and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market, and any increase or decrease from the short sale price is transferred weekly to your margin account. Fidelity represents your short account balance as of he last weekly mark-to-market, not as of he statement end date.
**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or the Depository Trust Company (DTC) as agent for your account.
**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at whcih the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss. Fidelity carries certificates of deposits (CDs) at their face value. A penalty may apply to the early withdrawal of a CD. You may sell CDs in the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor of he NYSE, the Floor broker may permit the specialist to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obliga ions.
**("A") Alternative Investments** - Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verifica ion by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 18 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.
Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. **Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Service® is a service of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity Private Portfolio Service® or Fidelity® Personalized Portfolios may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discre ionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or o her depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be he same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

549465.1.0

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| ) | |
| WILLIAM KURCZODYNA,      ) | |
| ) | |
| Defendant,      ) | No. 04 CR 778-5 |
| ) | |
| and      ) | |
| ) | |
| The Northwestern Mutual Life Insurance Company, ) | |
| ) | |
| Third Party Citation Respondent.      | |

### AFFIDAVIT OF INFORMATION

**STATE OF WISCONSIN**          )
                                                     ) SS
**COUNTY OF MILWAUKEE**    )

The undersigned, Paula A. Storniolo, being first duly sworn, deposes and states:

1. She is an Assistant Director, Policy Owner Services of the Policy Owner Services Department of The Northwestern Mutual Life Insurance Company (hereinafter "Northwestern Mutual") located at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

2. That Northwestern Mutual issued the following policy owned by and insuring William J. Kurczodyna:

| Policy Number: | ██2717 |
|---|---|
| *Net Surrender Value on 08/31/2010: | $33,797.57 |
| *Available for Loan on 08/31/2010: | $32,548.26 |

*Values are subject to change pursuant to the terms of the insurance contract.

3. That Northwestern Mutual Policy 11602829 owned by and insuring William J. Kurxzodyna is a Term 70 plan which has no cash value according to the terms of the insurance contract.

_____
Paula A. Storniolo

Subscribed and sworn to before me
this _1st_ day of _September_, 2010.

_____
Notary Public, State of Wisconsin
My commission expires _4/1/2012_.

Janis M. Briggs
Notary Public
State of Wisconsin



Computershare Investor Services
250 Royall Street
Canton Massachusetts 02021
www.computershare.com

August 25, 2010

MELLISSA A CHILDS
ASSIST US ATTORNEY
DIRKSEN FEDERAL COURTHOUSE
219 S DEARBORN ST, 5TH FL
CHICAGO IL 60604

Company Name:     FORD MOTOR COMPANY / FORD
Holder Account Number:     ▓▓▓▓7088
Registration:     William Kurczodyna & Marcia Kurczodyna Jt Ten

Dear Ms. Childs:

We are in receipt of your follow-up request regarding the Subpoena in case number 04 CR 778-5 (N D Ill), US vs. William Kurczodyna, a copy of which is enclosed for your convenience.

On August 24, 2010, account number ▓▓▓▓7088 held certificate number 37292 in the amount of 600 shares and on this date, the stock closed at $11.24 per share.

If you have any further questions, please visit our web site at www.computershare.com. Or you may contact us by phone at 800-279-1237. We offer an automated telephone service to assist you at any time, or you may reach a representative Monday through Friday, 8:30 AM to 6 PM Eastern Time.

Sincerely,

Norborth McKearney
Assistant Team Leader
Computershare Shareholder Services
Enclosures: Copy of request
REF: rd/UIB0001073098

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM KURCZODYNA, <br><br> Defendant, <br><br> and <br><br> NATIONAL CITY BANK, <br><br> Third Party Citation Respondent. | AMENDED ANSWERS <br><br> No. 04 CR 778-5 <br><br> Judge Samuel Der-Yeghiayan |

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, **Monecre Jones** the **Garnishee** of Respondent, **Ohio**, state
(name) (title)
under penalty of perjury as follows:

The Respondent is a **PNC BANK** organized under the laws of the State of **Ohio**.
(partnership, corporation)

On _____, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, William Kurczodyna, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**
Account type: CD - Account
Account No.: [redacted] 2718
Amount: $ 25,509.19
Amount withheld: $ 2,268,671.10

**Account 2**
Account type: CD - Account
Account No.: [redacted] 0187
Amount: $ 44,731.93
Amount withheld: $ 2,268,671.10

**Account 3**
Account type: CD - Account
Account No.: [redacted] 8668
Amount: $ 25,561.10
Amount withheld: $ 2,268,671.10

**Account 4**
Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

2. **Safety Deposit Box**

Box No.: None
Amount: $ _____
Owners other than the judgment debtor:
_____

3. Detail other personal property in the respondent's possession or control:

_N/a_

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No ✓

If the answer is yes, describe below.

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No ✓

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

   ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:
   _____

   ___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois, **Eastern Division** located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, William Kurczodyna, at _____
_____; and

(B) the attorney for the United States, Melissa Childs, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _24_ day of _August_

Jennifer Good
Notary Public, State of Ohio
My Comm. expires
Feb. 8, 2014

_Jennifer Good_ (signature)

Monecka Jones
(Please print and sign name.)
Phone No. _216-257-5824_