UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM KURCZODYNA, ) | |
| ) | No. 04 CR 778-5 |
| Defendant, ) | |
| ) | Judge Kendall |
| FIDELITY SERVICE COMPANY, INC, ) | |
| FIDELITY MANAGEMENT TRUST ) | |
| COMPANY, ) | |
| ) | |
| Third Party Citation Respondents ) | |

## UNITED STATES' MOTION FOR TURNOVER ORDER

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves this court for a turnover order and in support states as follows:

1. Judgment was entered in favor of the United States and against defendant William Kurczodyna on April 9, 2007. Upon entry of judgment a lien arose on all of Kurczodyna's property and rights to property under 18 U.S.C. § 3613(c). Kurczodyna has an outstanding balance of $753,336.44 as of October 25, 2018.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). Citations to discover assets were issued to, served upon, answered, and updated by respondents with statutory notice to Kurczodyna as follows:

| RESPONDENT | ISSUED & SERVED | ANSWER UPDATED |
|---|---|---|
| Fidelity Investments | May 2007 | September 24, 2018 |
| Northwestern Mutual Life Insurance Company | May 2007 | August 16, 2018 |
| Computershare Investor Services | April 2009 | August 29, 2018 |
| National City Bank n/k/a PNC Bank | March 2009 | August 16, 2018 |

3. The respondents answered and stated that each had in its possession or under its control assets belonging to the defendant.

4. Fidelity Investment holds about $1,137,270 comprised of $244,052.67 in an Inherited IRA, $620,044.99 in a Rollover IRA and $273,172.50 in a Roth IRA. A copy of the updated answer is attached as Exhibit A.

5. This court entered an order in 2007 requiring Fidelity to liquidate a mutual fund account in the name of Pauline Kurczodyna, Daniel Kurczodyna, and William Kurczodyna, and to submit one-half of its value to the Clerk of the Court. The order specified that the remaining accounts belonging to Kurczodyna should remain frozen until further order of court. Agreed Order, Dkt. 511. A copy of that order is attached as Exhibit B.

6. Based upon respondents' answers, the United States is entitled to $753,336.44 of the value of Kurczodyna's accounts at Fidelity Service Company, Inc. and Fidelity Management Trust Company. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

7. The tax consequences of liquidating the Fidelity accounts is unknown, however, there are sufficient funds in the accounts to pay any taxes incurred.

8. Northwestern Mutual Life Insurance Company, National City Bank now known as PNC Bank, and Computershare also hold nonexempt assets belonging to Kuczodyna.

9.     The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have case number 04 CR 778-5 written in the lower left corner of the check and be submitted to:

> Clerk of the Court for the Northern District of Illinois
> 219 South Dearborn Street
> 20th Floor
> Chicago, Illinois 60604

10.     The United States has provided all notices required by law.

WHEREFORE, the United States moves for a turnover order directing that Fidelity Service Company, Inc. and Fidelity Management Trust Company are to submit $753,336.44 from Kurczodyna's account to the Clerk of the Court, and to pay any taxes incurred from the withdrawal of those funds from the remaining funds in his accounts.

> Respectfully submitted,
>
> JOHN R. LAUSCH, Jr.
> United States Attorney
>
> By: s/ Scott D. Heffron
>    SCOTT D. HEFFRON
>    Assistant United States Attorney
>    219 South Dearborn Street
>    Chicago, Illinois 60604
>    (312) 886-4190
>    scott.heffron@usdoj.gov

# EXHIBIT A

**Fidelity** | FIDELITY
PREMIUM SERVICES℠

INVESTMENT REPORT
August 1, 2018 - August 31, 2018

Envelope # BGBFQRBBBKRWW

WILLIAM J KURCZODYNA
MT PROSPECT IL

Fidelity Funds Roth IRA WILLIAM J KURCZODYNA - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN
▶ Account Number: ▇▇▇▇2542

**Your Account Value:** $273,172.50

Change from Last Period: ▲ $9,057.19

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $264,115.31 | $242,271.23 |
| Change in Investment Value * | 9,057.19 | 30,901.27 |
| **Ending Account Value** | $273,172.50 | $273,172.50 |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

Contact Information

| Online | Fidelity.com |
|---|---|
| FAST℠-Automated Telephone | (800) 544-5555 |
| Premium Services | (800) 544-4442 |
| 8am - 11pm ET, Mon - Fri | |

H14590245520180831

1 of 4

**Fidelity** | FIDELITY PREMIUM SERVICES℠

Envelope # BGBFWZBBBGCSM

WILLIAM J KURCZODYNA
MT PROSPECT IL

**INVESTMENT REPORT**
August 1, 2018 - August 31, 2018

Fidelity Rollover IRA WILLIAM J KURCZODYNA - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ Account Number: ▇▇▇▇3098

**Your Account Value:** $620,044.99

Change from Last Period: ▲ $3,682.76

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $616,362.23 | $604,093.50 |
| Change in Investment Value * | 3,682.76 | 15,951.49 |
| **Ending Account Value ** | $620,044.99 | $620,044.99 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $620,044.99 | |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\* Excludes unpriced securities.

**Contact Information**

| Online | Fidelity.com |
|---|---|
| FAST℠ Automated Telephone | (800) 544-5555 |
| Premium Services 8am - 11pm ET, Mon - Fri | (800) 544-4442 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H23752118020180831

**Fidelity** | FIDELITY
PREMIUM SERVICES℠

Envelope # BGBFRCBBBCCBP

WILLIAM J KURCZODYNA
MT PROSPECT IL

**INVESTMENT REPORT**
August 1, 2018 - August 31, 2018

Fidelity Inherited IRA WILLIAM J KURCZODYNA - IRA BDA - (ORIGINAL DEPOSITOR PAULINE M KURCZODYNA ) - FMTC, CUSTODIAN
▶ Account Number: 7422

**Your Account Value:** $244,052.67

Change from Last Period: ▲ $8,090.55

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $235,962.12 | $216,449.18 |
| Change in Investment Value * | 8,090.55 | 27,603.49 |
| **Ending Account Value \*\*** | $244,052.67 | $244,052.67 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $244,052.67 | |

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠-Automated Telephone | (800) 544-5555 |
| Premium Services<br>8am - 11pm ET, Mon - Fri | (800) 544-4442 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.


H36574517020180831

MR_CE_BGBFRCBBBCCBP_BBBBB 20180831

1 of 8

PO Box 770001
Cincinnati, OH 45277-0031



**VIA EMAIL ONLY TO AGNES.WOJTANOWSKA@USDOJ.GOV**

September 24, 2018

Ms. Agnes Wojtanowska
United States Attorney's Office
219 South Dearborn Street, Fifth Floor
Chicago, IL 60604

Re: **United States v. William Kurczodyna**
Case Number: 04 CR 778-5 (N.D. Ill.)

Dear Ms. Wojtanowska:

Per our telephone conversation, and regarding the above, I hereby certify the enclosed records to be true and accurate copies of the originals as maintained in the normal course of business by Fidelity Management Trust Company, the custodian for the Fidelity Prototype Retirement Plan brokerage accounts.

As requested, I am enclosing copies of the most recent accounts statements for William Kurczod yna's restricted Fidelity accounts.

If you have any further questions, please contact me at (617) 563-0775.

Sincerely,

Joseph P. Bacon
Fidelity Investments

Enclosures: **Account Documents**

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Member NYSE, SIPC

# EXHIBIT B



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM KURCZODYNA, ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> FIDELITY SERVICE COMPANY, INC. ) <br> AND FIDELITY MANAGEMENT TRUST ) <br> COMPANY, ) <br> ) <br> Third Party Citation Respondents. ) | No. 04 CR 778-5 <br><br> Judge Samuel Der-Yeghiayan |

## AGREED ORDER IMPOSING LIEN AND TURNOVER

This matter is before the Court on the United States' motion for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant William Kurczodyna on April 9, 2007. As of October 15, 2007, Kurczodyna has an outstanding balance of $1,277,781.

2. A citation to discover assets directed to respondent, Fidelity Investments, was issued on the judgment on May 14, 2007 and served on May 17, 2007 with statutory notice to Kurczodyna.

3. Pursuant to the citation to discover assets, respondent filed an answer on May 18, 2007. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control, approximately $353,085 in a Rollover IRA account and $124,307

in a Roth IRA in William Kurczodyna's name; and $98,734.49 in a joint mutual funds account in the names of Pauline Kurczodyna, Daniel Kurczodyna, and William Kurczodyna.

4. The parties have agreed that the United States is entitled to one-half of the full liquidated value of the joint mutual fund account, which represents the non-exempt portion of the funds being held by Fidelity Service Company, Inc. and Fidelity Management Trust Company, that will reduce the judgment debt. 18 U.S.C. § 3613(a); 26 U.S.C. § 6334; and 18 U.S.C. § 3664(n).

5. Pursuant to Federal Rule of Civil Procedure 69(a), 735 ILL. COMP. STAT. 5/2-1402 (m) and Illinois Supreme Court Rule 277 (f), a citation to discover assets creates a lien attaching the defendant's assets held by respondent for a period of six months from the date of the respondent's appearance, which may be extended by court order. *Cacok v. Covington*, 111 F.3d 52, 54 (7th Cir. 1997). The parties have agreed to extend the citation lien against William Kurczodyna's Rollover IRA and Roth IRA accounts at Fidelity until further court order.

6. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases.

It is therefore, ORDERED:

A. A federal lien has been imposed on William Kurczodyna's Rollover IRA and Roth IRA accounts that restricts his ability to take loans against them or otherwise receive distributions from them;

B. Respondents, Fidelity Service Company, Inc. and Fidelity Management Trust Company, shall liquidate the joint mutual funds account in the names of Pauline Kurczodyna, Daniel Kurczodyna, and William Kurczodyna, as needed to submit one-half of its full value to the Clerk of the Court, and transfer the other half into its

account ending in -0601 in the name of Daniel Kurczodyna, SSN ending in -7627; and

C. The citation to discover assets remains pending against Fidelity Service Company, Inc. and Fidelity Management Trust Company until further court order.

ENTER:

_____
United States District Judge

Date: 10-25-07