UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM KURCZODYNA, ) | |
| ) | No. 04 CR 778-5 |
| Defendant, ) | |
| ) | Judge Kendall |
| FIDELITY SERVICE COMPANY, INC, ) | |
| FIDELITY MANAGEMENT TRUST ) | |
| COMPANY, ) | |
| ) | |
| Third Party Citation Respondents ) | |

## NOTICE OF MOTION

To:  See attached service list.

PLEASE TAKE NOTICE that on November 27, 2018, at 9:30 a.m. at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Kenadll in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and present the attached Motion of the United States for Turnover Order at which time and place you may appear, if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Scott D. Heffron
　　SCOTT D. HEFFRON
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　312-886-4190
　　scott.heffron@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

> MOTION OF THE UNITED STATES FOR TURNOVER ORDER and NOTICE OF MOTION

were served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on or before November 19, 2018, to the following non-ECF filers:

William Kurczodyna
███████████
Mt. Prospect, Illinois ████

Fidelity Investments
Attn. Legal Operations
100 Crosby Parkway
Covington, Kentucky 41015
*via e-mail: joseph.bacon@fmr.com*

                                                s/ Scott D. Heffron
                                                SCOTT D. HEFFRON
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                312-886-4190
                                                scott.heffron@usdoj.gov