UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM KURCZODYNA, ) | |
| ) | No. 04 CR 778-5 |
| Defendant, ) | |
| ) | Judge Kendall |
| and ) | |
| ) | |
| FIDELITY SERVICE COMPANY, INC. ) | |
| FIDELITY MANAGEMENT TRUST CO. ) | |
| ) | |
| Third-Party Respondent. ) | |

## **TURNOVER ORDER**

This matter is before the court on the United States of America's motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant William Kurczodyna and the outstanding balance is as of $1,078,874.85 as of November 21, 2018.

2. Third-party respondent Fidelity Service Company, Inc. and Fidelity Management Trust, Co. stated in its answer to a citation to discover assets that it had assets belonging to Kurczodyna. Based upon respondents' answers, the United States is entitled to $753,336.44 of the value of Kurczodyna's accounts at Fidelity Service Company, Inc. and Fidelity Management Trust Company. 18 U.S.C. § 3616(a) and 26 U.S.C. § 6334.

3. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have "No. 04 CR 778-5" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District

of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Accordingly, it is hereby,

ORDERED that the respondent, Fidelity Service Company, Inc. and Fidelity Management Trust Company, are to submit $753,336.44 from Kurczodyna's account to the Clerk of the Court, and to pay any taxes incurred from the withdrawal of those funds from the remaining funds in his accounts.

E N T E R:

_____
Virginia M. Kendall
United States District Judge

Date: November 26, 2018