IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 04 CR 778 |
| | ) | Judge Virginia M. Kendall |
| WILLIAM KURCZODYNA | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO VACATE OR STAY
THE COURT'S NOVEMBER 26, 2018 ORDER**

Defendant, **William Kurczodyna** by and through his attorneys, the **Law Office of Damon M. Cheronis**, pursuant to the Due Process and Effective Assistance of Counsel Provisions of the Fifth and Sixth Amendments to the United States Constitution, respectfully requests the Court stay or vacate its November 26, 2018 order granting the government's motion for a turnover order and enter a briefing schedule.

In support of this motion, Mr. Kurczodyna, through counsel, submits the following:

1. On August 21, 2004, Mr. Kurczodyna was charged along with 21 other co-defendants with various counts of fraud, including mail fraud in violation of 18 U.S.C. § 1341, for his role in a fraud scheme centered on submitting false and fraudulent auto insurance claims related to Auto City Rebuilders. Dkt. # 1.

2. After pleading guilty, on April 9, 2007, Mr. Kurczodyna was sentenced to a term of incarceration of a year and a day, three years of supervised release, and to pay a restitution amount of $1,307,515.00. Dkt. # 443. The restitution order was imposed jointly and severally upon Mr.

Kurczodyna and certain co-defendants, and the schedule of payments required that Mr. Kurczodyna pay 10% of his net monthly income until the judgment is satisfied. Dkt. # 443.

3. In order to satisfy the outstanding balance of $753,336.44, on November 19, 2018, the government filed a motion for turnover order asking the Court to direct the third party's holding IRA accounts of Mr. Kurczodyna's to turn over certain funds from those accounts to satisfy Mr. Kurczodyna's outstanding restitution obligation. Dkt. # 750.

4. The government's notice of motion indicated that the government intended to present its motion on November 27, 2018 at 9:30 a.m. Dkt. # 751.

5. Mr. Kurczodyna received actual notice the Wednesday before Thanksgiving, November 21, 2018. He subsequently contacted undersigned counsel who intended to appear on his behalf at that time.

6. On November 26, 2018, the Court entered an order granting the government's motion and the relief requested therein.

7. Undersigned counsel notified the government on November 26, 2018, that he would be in Court on November 27, and was at that time made aware that the order was signed on November 26.

8. Mr. Kurczodyna asks that this Court vacate the issuance of the November 26, 2018 turnover order and allow time to submit a brief or otherwise respond. The government has indicated that they **object** to vacating the order.

9. Alternatively, Kurczodyna asks that this court stay the issuance of the November 26, 2018 turn over order to allow briefing. The has indicated that they have **no objection** to staying the issuance of the order to allow counsel time to brief or otherwise discuss the issue.

10. Kurczyodyna asks for 21 days to submit any pleading or otherwise determine how to proceed and the government has asked for 14 days to respond.

11. This request is made in good faith and not for purposes of delay.

Respectfully submitted,

/s/ Damon M. Cheronis
**Damon M. Cheronis**

/s/Ryan J. Levitt
**Ryan J. Levitt,**
Attorneys for Defendant.

**Law Office of Damon M. Cheronis**
140 S. Dearborn Street Suite 411
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

## CERTIFICATE OF SERVICE

I, Damon M. Cheronis, hereby certify that on November 27, 2018, I electronically filed the foregoing **Motion to Stay** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                             s/ Damon M. Cheronis
                                             Damon M. Cheronis
                                             Law Office of Damon M. Cheronis
                                             140 S. Dearborn Street Suite 411
                                             Chicago, Illinois 60603
                                             (312) 663-4644
                                             damon@cheronislaw.com