IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 04 CR 778 |
| | ) | Judge Virginia M. Kendall |
| WILLIAM KURCZODYNA | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: All counsel and parties of record on the Clerk's CM/ECF system for this matter.

PLEASE TAKE NOTICE that on the 29th day of November, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall or any judge sitting in her stead at 219 South Dearborn, Chicago, Illinois, and present Defendant's Motion to Vacate or Stay the Court's November 26, 2018 Order.

/s/ Damon M. Cheronis

## CERTIFICATE OF SERVICE

I, Damon M. Cheronis, an attorney, certify that I shall cause to be served a copy of the Defendant's NOTICE OF MOTION upon all counsel and parties of record electronically via the Case Management/Electronic Case Filing system this 27th day of November, 2018.

/s/ Damon M. Cheronis

Damon M. Cheronis
Attorney for Defendant
140 South Dearborn, Suite 411
Chicago, Illinois 60603
(312) 663-4644
Email: damon@cheronislaw.com