IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 04 CR 778 |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| WILLIAM KURCZODYNA | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR
AN EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO THE GOVERNMENT'S MOTION FOR A TURNOVER ORDER**

Defendant, **William Kurczodyna,** by and through his attorneys, the **Law Office of Damon M. Cheronis**, pursuant to the Due Process and Effective Assistance of Counsel Provisions of the Fifth and Sixth Amendments to the United States Constitution, respectfully requests the Court grant an additional fourteen (14) days for the defense to respond to the government's motion for a turnover order until February 14, 2019.

In support of this motion, Mr. Kurczodyna, through counsel, submits the following:

1. On August 21, 2004, Mr. Kurczodyna was charged along with 21 other co-defendants with various counts of fraud, including mail fraud in violation of 18 U.S.C. **§** 1341, for his role in a fraud scheme centered on submitting false and fraudulent auto insurance claims related to Auto City Rebuilders. Dkt. # 1.

2. After pleading guilty, on April 9, 2007, Mr. Kurczodyna was sentenced to a term of incarceration of a year and a day, three years of supervised release, and to pay a restitution amount of $1,307,515.00. Dkt. # 443. The restitution order was imposed jointly and severally upon Mr.

Kurczodyna and certain co-defendants, and the schedule of payments required that Mr. Kurczodyna pay 10% of his net monthly income until the judgment is satisfied. Dkt. # 443.

3. In order to satisfy the outstanding balance of $753,336.44, on November 19, 2018, the government filed a motion for turnover order asking the Court to direct the third party's holding IRA accounts of Mr. Kurczodyna's to turn over certain funds from those accounts to satisfy Mr. Kurczodyna's outstanding restitution obligation. Dkt. # 750.

4. On November 26, 2018, the Court entered an order granting the government's motion and the relief requested therein.

5. That order was most recently stayed in order to allow Mr. Kurczodyna until January 31, 2019 to file a response, if any. Dkt. # 763.

6. Counsel and Mr. Kurczodyna have been conferring about his options regarding the turnover order. Before making a decision as to how to proceed, counsel would like to further confer with the Assistant United States Attorney assigned to this matter.

7. As a result of the recent government shutdown, however, that attorney was recently on furlough. Counsel further intends to submit a package to the government regarding hardship.

8. Thus, Mr. Kurczodyna, through counsel, respectfully asks for an additional fourteen (14) days, until February 14, 2019, in which to file a response to the government's motion for a turnover order.

9. This request is made in good faith and not for purposes of delay. Undersigned counsel has spoken to the United States Attorney assigned to this matter and can represent the government has no objection to this request.

        Respectfully submitted,

        /s/ Damon M. Cheronis
        **Damon M. Cheronis**

        /s/Ryan J. Levitt
        **Ryan J. Levitt,**
        Attorneys for Defendant.

**Law Office of Damon M. Cheronis**
140 S. Dearborn Street Suite 411
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

3

## CERTIFICATE OF SERVICE

I, Damon M. Cheronis, hereby certify that on January 29, 2019, I electronically filed the foregoing **Third Unopposed Motion for an Extension of Time** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Damon M. Cheronis
Damon M. Cheronis
Law Office of Damon M. Cheronis
140 S. Dearborn Street Suite 411
Chicago, Illinois 60603
(312) 663-4644
damon@cheronislaw.com
